# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00718-CR
## NO. 03-05-00719-CR

**Tammy Jo Guthrie, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NOS. D-1-DC-05-301097 & D-1-DC-05-301102
### HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 15, 2005, Tammy Jo Guthrie was adjudged guilty of credit card abuse after pleading guilty in cause number D-1-DC-05-301097. The court imposed a 365-day jail term as called for in a plea bargain agreement. On Guthrie's motion, the court considered her unadjudicated credit card abuse offense in cause number D-1-DC-05-301102 in assessing punishment. *See* Tex. Pen. Code Ann. § 12.45 (West 2003). Guthrie filed pro se notices of appeal in both cause numbers on November 1, 2005.

The notices of appeal were untimely. Tex. R. App. P. 26.2(a)(1). In addition, the trial court has certified that these are plea bargain cases and Guthrie has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

The appeals are dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   November 22, 2005

Do Not Publish